William E. Levin (State Bar No. 104631)
Amanda V. Dwight (State Bar No. 187028)
LEVIN INTELLECTUAL PROPERTY GROUP
384 Forest Avenue, Suite 13
Laguna Beach, California 92651
Telephone: (949) 497-7676
Facsimile: (949) 497-7679

Attorneys for Plaintiff, FOCUS 360

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION

| | |
|---|---|
| FOCUS 360, a California partnership,<br><br>Plaintiff,<br><br>vs.<br><br>INVISION INTERNATIONAL, a Florida corporation, and DOES 1-15, inclusive,<br><br>Defendants. | CASE NO. SACV03-329GLT(MLGx)<br><br>**NOTICE OF DISMISSAL OF COMPLAINT** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff FOCUS 360, a California partnership, hereby dismisses its Complaint, Case No. SACV03-329 GLT(MLGx), against Defendant INVISION INTERNATIONAL, a Florida corporation, without prejudice.

//

//

//

//

1

1  SO STIPULATED

2  DATED: Aug. 26, 2003          LEVIN INTELLECTUAL PROPERTY GROUP
3                                 Attorneys for Plaintiff
                                   FOCUS 360
4                                  384 Forest Avenue, Suite 13
5                                  Laguna Beach, CA  92651

6
7                                 BY: _____
                                       Amanda V. Dwight, Esq.
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is: 384 Forest Avenue, Suite 13, Laguna Beach, California 92651.

On August 26, 2003, I served the foregoing document described as:

## NOTICE OF DISMISSAL

[X] by placing [ ] the original to the propounding party and [X] a true copy thereof enclosed in a sealed envelope, addressed as follows:

Ali Dhanani
InVision International
4388 South Lake Orlando Pkwy
Orlando, FL 32808

[ ] **by personal service.** I caused the document(s) to be delivered by hand to the above-indicated party(s).

[X] **by mail.** I deposited such envelope in the mail at Laguna Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ] **by facsimile.** I caused the documents to be transmitted to the above party by the facsimile machine located at telephone number (949) 497-7676. For each party served by fax, the transmitting facsimile machine reported the transmission as complete and without error, and properly issued a transmission report.

[ ] **by overnight delivery.** I am readily familiar with the firm's practice for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited with an overnight delivery service on the same date as indicated on this Proof of Service.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on August 26, 2003 at Laguna Beach, California.

Teresa Olvera